JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

Case No.    SA CV08-1184-DOC(RNB x)                    Date    February 11, 2009

Title    JRX BIOTECHNOLOGY INC. -V- HYDRODERM LLC, ET. AL.,

Present: The Honorable            David O. Carter, U.S. District Judge

| Kristee Hopkins | None | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:            Attorneys Present for Defendants:

NONE                            NONE

Proceedings:    (IN CHAMBERS)    ORDER STAYING CASE STATISTICALLY

        The Court has been advised that prosecution of this action as to Defendants Hydroderm LLC and Alena Internet Corporation has been stayed by the filing of a bankruptcy petition. See 11 U.S.C. Section 362.

        This matter is inactivated statistically. The parties shall submit a request and proposed order when it is appropriate to restore this matter to the Court's active caseload.

                                                    :        0

                            Initials of Preparer    kh