1  Brenton R. Babcock (State Bar No. 162,120)
   bbabcock@kmob.com
2  Matthew S. Bellinger (State Bar No. 222,228)
   mbellinger@kmob.com
3  Joshua J. Stowell (State Bar No. 246,916)
   joshua.stowell@kmob.com
4  KNOBBE, MARTENS, OLSON & BEAR, LLP
   2040 Main St., 14th Floor
5  Irvine, CA  92614
   Telephone:  (949) 760-0404
6  Facsimile:  (949) 760-9502

7  Attorneys for Plaintiff
   JRX BIOTECHNOLOGY, INC.

8

9

10

11

12        **IN THE UNITED STATES DISTRICT COURT**

13      **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

14              **SOUTHERN DIVISION**

15  JRX BIOTECHNOLOGY, INC., a      ) Civil Action No.
    California corporation,          ) SACV08-01184 DOC (RNBx)
16                                   )
                                     )
17         Plaintiff,                )
        v.                           ) **PLAINTIFF JRX**
18                                   ) **BIOTECHNOLOGY, INC.'S**
    HYDRODERM LLC, a Delaware        ) **NOTICE OF DISMISSAL WITHOUT**
19  limited liability company, and   ) **PREJUDICE PURSUANT TO**
    ALENA INTERNET                   ) **FED. R. CIV. P. 41(a)(1)(A)(i)**
    CORPORATION, a Delaware          )
20  corporation,                     )
                                     )
21         Defendants.               ) Hon. David O. Carter
                                     )
22

23

24

25

26

27

28

1    Plaintiff JRX Biotechnology, Inc. ("JRX") hereby dismisses the present

2    action without prejudice pursuant to Federal Rule of Civil Procedure

3    41(a)(1)(A)(i).  JRX sets forth the following facts in support of its Notice of

4    Dismissal:

5    1.    On October 24, 2008, JRX filed its Complaint for Infringement of

6    United States Patent Nos. 6,759,056; 7,220,427; 7,316,820; and 7,300,666

7    ("Complaint") alleging patent infringement by Defendants Hydroderm LLC and

8    Alena Internet Corporation.

9    2.    On December 16, 2008, prior to serving any answers,

10    counterclaims, or other responses to the Complaint, both Defendants filed

11    Notices of Bankruptcy Filing [Docs. 6 & 7], which resulted in an automatic stay

12    of the present action pursuant to Section 362 of the Bankruptcy Code.

13    3.    On February 11, 2009, the Court entered an Order Staying the Case

14    Statistically pursuant to the Defendants' bankruptcy petition.

15    4.    In view of the bankruptcy proceedings involving both of the

16    Defendants, JRX has elected to dismiss this action without prejudice.

17    Though not required by Fed. R. Civ. P. 41(a)(1)(A)(i), JRX has attached a

18    proposed order dismissing the present action without prejudice for the Court's

19    convenience.

20

21                                        Respectfully submitted,

22                                        KNOBBE, MARTENS, OLSON & BEAR, LLP

23

24    Dated:  September 14, 2009      By:  /S/ Brenton R. Babcock

25                                              Brenton R. Babcock
                                              Matthew S. Bellinger
26                                              Joshua J. Stowell

27                                        Attorneys for Plaintiff,
                                        JRX BIOTECHNOLOGY, INC.
28

-1-